```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                           Case No. 16-04101-RNO
Erick Johnson                                                    Chapter 13
Carmen Kitts Johnson
        Debtors
                             **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AGarner           Page 1 of 1           Date Rcvd: Feb 28, 2017
                              Form ID: ntcltrdb       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4889903        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 19:05:37     Pa Department of Revenue,
                Department 280946,    Harrisburg, PA 17128-0946
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                   Signature:  /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    BANK OF AMERICA, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Joint Debtor Carmen   Kitts Johnson dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Dawn Marie Cutaia    on behalf of Debtor Erick   Johnson dmcutaia@gmail.com,   cutaialawecf@gmail.com
              Thomas I Puleo    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                                TOTAL: 7

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Erick Johnson | Chapter | 13 |
| Carmen Kitts Johnson | | |
| aka Carmen Kitts | Case No. | 1:16−bk−04101−RNO |
| Debtor(s) | | |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#21) has been filed by the Debtor on behalf of PA Department of Revenue in the amount of $unknown.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: AGarner

Date: February 28, 2017