IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : 1:16-bk-04096-RNO |
|---|---|
| ERICK JOHNSON and CARMEN KITTS JOHNSON | : Chapter 13 |

Objection to Trustee's Motion to Dismiss

1. Debtors filed a Chapter 13 Bankruptcy Petition.

2. The Trustee filed a Motion to Dismiss for Unconfirmable Plan, with objections due by June 5, 2017.

3. The Plan has been filed.

WHEREFORE, Debtors respectfully request this Honorable Court deny the Trustee's Motion to Dismiss.

Date: 6/5/2017

Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor
115 E. Philadelphia St.
York, PA 17401
(717)304-1841
dmcutaia@gmail.com