UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ERICK JOHNSON<br>CARMEN KITTS JOHNSON | CASE NO: 16-04101-RNO<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter:<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 6/6/2017, I did cause a copy of the following documents, described below,

Notice of Hearing date and objection deadline and first amended plan,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/6/2017

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E Philadelphia St
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICK JOHNSON
CARMEN KITTS JOHNSON

CASE NO: 16-04101-RNO

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter:
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 6/6/2017, a copy of the following documents, described below,

Notice of Hearing date and objection deadline and first amended plan,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/6/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E Philadelphia St
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   03141
   CASE 1-16-BK-04101-RNO
   MIDDLE DISTRICT OF PENNSYLVANIA
   HARRISBURG
   TUE JUN 6 10-44-22 EDT 2017

2  AES
   1200 N 7TH ST
   HARRISBURG PA 17102-1419

3  AESPHEAA
   1200 N 7TH ST
   HARRISBURG PA 17102-1419

4  ALLY FINANCIAL
   200 RENAISSANCE CTR
   DETROIT MI 48243-1300

5  ALLY FINANCIAL
   PO BOX 130424
   ROSEVILLE MN 55113-0004

6  AMERICAN EXPRESS
   PO BOX 3001
   16 GENERAL WARREN BLVD
   MALVERN PA 19355-1245

7  AMERICAN EXPRESS CENTURION BANK
   CO BECKET AND LEE LLP
   PO BOX 3001
   MALVERN PA 19355-0701

8  AMERICAN EXPRESS LEGAL
   PO BOX 2163
   SOUTHEASTERN PA 19399-2163

9  AMEX
   PO BOX 297871
   FORT LAUDERDALE FL 33329-7871

10 APRIA HEALTHCARE
   1340 SOUTH HIGHLAND AVENUE
   JACKSON TN 38301-7369

11 ASHLEY FUNDING SERVICES LLC ITS
   SUCCESSORS
   ASSIGNS AS ASSIGNEE OF LABORATORY
   CORPORATION OF AMERICA HOLDINGS
   PO BOX 10587
   GREENVILLE SC 29603-0587

12 BAC HOME LOANS SERVICING LP
   101 NORTH TRYON STREET
   CHARLOTTE NC 28246-0100

13 BANK OF AMERICA NA
   PO BOX 660933
   DALLAS TX 75266-0933

14 BANK OF AMERICA
   CORRESPONDENCE UNITCA69190241
   PO BOX 5170
   SIMI VALLEY CA 93062-5170

15 BERKS CREDIT  COLL
   900 CORPORATE DR
   READING PA 19605-3340

16 BUREAU OF ACCOUNT MANA
   BUREAU OF ACCOUNT
   CAMP HILL PA 17011

17 CAMP HILL EMERGENCY PHYSICIANS
   PO BOX 13693
   PHILADELPHIA PA 19101-3693

18 CAP ONE
   PO BOX 5253
   CAROL STREAM IL 60197-5253

19 CAPITAL ONE
   ATTN BANKRUPTCY
   PO BOX 30285
   SALT LAKE CITY UT 84130-0285

20 CAPITAL ONE
   PO BOX 5253
   CAROL STREAM IL 60197-5253

21 CAPITAL ONE NA
   CO BECKET AND LEE LLP
   PO BOX 3001
   MALVERN PA 19355-0701

22 CHAS A SCHAEFER
   124 WEST MARKET STREET
   YORK PA 17401-1383

23 CHASE
   PO BOX 15298
   WILMINGTON DE 19850-5298

24 CITI
   PO BOX 6241
   SIOUX FALLS SD 57117-6241

25 COMENITY BANKANTYLRMC
   PO BOX 182273
   COLUMBUS OH 43218-2273

26 COMMERCIAL ACCEPTANCE
   2300 GETTYSBURG RD 102
   CAMP HILL PA 17011-7303

27 COMMERCIAL ACCEPTANCE
   PO BOX 3268
   SHIREMANSTOWN PA 17011-3268

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 28  CONCENTRA URGENT CARE<br>5080 SPECTRUM DR SUITE 1200 W<br>ADDISON TX 75001-6443 | 29  CREDIT BUREAU OF YORK ORIGINAL CREDITOR<br>33 S DUKE ST<br>YORK PA 17401-1485 | 30  CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |

*EXCLUDE*
31  ~~DAWN MARIE CUTAIA~~
~~CUTAIA LAW LLC~~
~~115 EAST PHILADELPHIA STREET~~
~~YORK~~
~~YORK PA 17401-2437~~

32  DBA PARAGON REVENUE GR
PO BOX 126
CONCORD NC 28026-0126

33  CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

34  DEPARTMENT OF LABOR AND INDUSTRY
UNEMPLOYMENT COMPENSATION
1700 LABOR AND INDUSTRY BUILDING
7TH AND FORSTER STREETS
HARRISBURG PA 17120-0105

35  ECMC
PO BOX 16408
ST PAUL MN 55116-0408

36  EOS CCA
700 LONGWATER DRIVE
NORWELL MA 02061-1624

37  FINANCIAL RECOVERIES
PO BOX 1388
MOUNT LAUREL NJ 08054-7388

38  FST PREMIER
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

39  ALEXANDRA TERESA GARCIA
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

40  GECRBCARE CREDIT
950 FORRER BLVD
KETTERING OH 45420-1469

41  GECRBOLD NAVY
PO BOX 981400
EL PASO TX 79998-1400

42  GRIEST HIMES HERROLD
129 EAST MARKET ST
YORK PA 17401-1221

43  HIGHLIGHTS PUZZLE CLUB
PO BOX 269
COLUMBUS OH 43216-0269

44  HOLY SPIRIT HOSPITAL
503 N 21ST ST
CAMP HILL PA 17011-2288

45  IC SYSTEM
ATTN BANKRUPTCY
444 HIGHWAY 96 EAST PO BOX 64378
ST PAUL MN 55164-0378

*DEBTOR*

46  IRS CENTRALIZED INSOLVENCY OPER
PO BOX 21126
PHILADELPHIA PA 19114-0326

47  ERICK JOHNSON
9005 CARLISLE RD
WELLSVILLE PA 17365-9735

48  CARMEN KITTS JOHNSON
9005 CARLISLE RD
WELLSVILLE PA 17365-9735

49  KOHLSCAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS WI 53051-7096

50  LVNV FUNDING LLC ITS SUCCESSORS
AND ASSIGNS
ASSIGNEE OF FNBM LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

51  LANCASTER GEN HOSPITAL
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

52  MT BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

53  MT BANK
STERN  EISENBERG PC
1581 MAIN STREET
SUITE 200
1581 MAIN STREET SUITE 200
WARRINGTON PA 18976-3400

54  MCCLURE LAW OFFICE
PO BOX 659705
MIDDLETOWN PA 17057

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 55  MCYDSNB<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | 56  MEDICAL DATA SYSTEMS I<br>645 WALNUT ST STE 5<br>GADSDEN AL 35901-4173 | 57  WILLIAM EDWARD MILLER<br>STERN  EISENBERG PC<br>1581 MAIN STREET<br>SUITE 200<br>WARRINGTON PA 18976-3400 |
| 58  NATIONAL RECOVERY AGEN<br>2491 PAXTON ST<br>HARRISBURG PA 17111-1036 | 59  NATIONAL RECOVERY AGEN ORIGINAL CREDITO<br>2491 PAXTON ST<br>HARRISBURG PA 17111-1036 | 60  NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| 61  ORTHOPAEDIC  SPINE SPECIALISTS<br>1855 POWDER MILL ROAD<br>YORK PA 17402-4702 | 62  OSI COLLECT<br>507 PRUDENTIAL RD<br>HORSHAM PA 19044-2308 | 63  PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946<br>HARRISBURG PA 17128-0946 |
| 64  PATIENT FIRST CO RECEIVABLES MANAGEMENT SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | 65  PATIENTACCSV<br>PO BOX 19322<br>MIAMI FL 33101-9322 | 66  PENNCREDIT<br>916 SOUTH 14TH STREET<br>HARRISBURG PA 17104-3425 |
| 67  PENNSTATE HERSHEY<br>MSHMC BILLING SERVICES<br>PO BOX 854<br>HERSHEY PA 17033-0854 | 68  PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | 69  PROMETHEUS LABORATORIES<br>9410 CARROLL PARK DRIVE<br>SAN DIEGO CA 92121-5201 |
| 70  THOMAS I PULEO<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | 71  QUEST DIAGNOSTICS<br>3 GIRALDA FARMS<br>MADISON NJ 07940-1027 | 72  QUEST DIAGNOSTICS<br>3 GIRALDA ARMS<br>MADISON NJ 07940-1027 |
| 73  QUEST DIAGNOSTICS   MR 461<br>PO BOX 491<br>SOUTHEASTERN PA 19399-0491 | 74  RECEIVABLE MANAGEMENT<br>7206 HULL STREET RD STE<br>NORTH CHESTERFIELD VA 23235-5826 | 75  RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| 76  RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | 77  ROBINA SANTANIELLO<br>1112 PENNSYLVANIA AVE<br>YORK PA 17404-1706 | *EXCLUDE*<br>~~78  SKO BRENNER AMERICAN~~<br>~~NY 11735~~ |
| 79  ANN E SWARTZ<br>MCCABE WEISBERG  CONWAY PC<br>123 SOUTH BROAD STREET<br>SUITE 2080<br>PHILADELPHIA PA 19109-1031 | 80  TARGET NB<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | 81  THE LAW OFFICE OF RICHARD CLARK PLLC<br>3030 S GESSNER SUITE 200<br>HOUSTON TX 77063-3733 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

82  TOYOTA MOTOR CREDIT CORPORATION
 PO BOX 9013
 ADDISON TEXAS 75001-9013

83  UMMC
 CENTRAL BUSINESS OFFICE
 11311 MCCORMICK ROAD STE 230
 HUNT VALLEY MD 21031-8672

84  UNITED RECOVERY SERVICE
 POB 722929
 HOUSTON TX 77272-2929

85  UNITED STATES TRUSTEE
 228 WALNUT STREET SUITE 1190
 HARRISBURG PA 17101-1722

86  UNIVERSITY OF MARYLAND FACULTY
 PHYS
 PO BOX 64765
 BALTIMORE MD 21264-4765

87  UNVLCITI
 PO BOX 6241
 SIOUX FALLS SD 57117-6241

88  VERIZON PENNSYLVANIA I
 500 TECHNOLOGY DR
 WELDON SPRING MO 63304-2225

89  YK CR BUREAU
 33 S DUKE ST
 YORK PA 17401-1401

90  YORK ADAMS TAX CLAIM BUREAU
 PO BOX 15627
 YORK PA 17405-0156

91  YORK HOSPITAL
 1001 S GEORGE ST
 YORK PA 17403-3645