**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:

**ERICK JOHNSON
CARMEN KITTS JOHNSON**

* Debtors

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1-16-bk-04101 RNO |
| Document No.: | 74 |
| Nature of Proceeding: | **Motion for Expedited Consideration** |

# ORDER

After due consideration of the Motion for Expedited Review to Shorten Time for Notice of Hearing on Motion to Incur Debt ("Motion for Shortened Notice and Expedited Hearing"), filed to Docket No. 74, it is

ORDERED that the Motion for Shortened Notice and Expedited Hearing is GRANTED; and,

FURTHER ORDERED that the deadline to file any objections to the Motion to Incur Debtor is shortened to seven (7) days; and,

FURTHER ORDERED that a hearing on the Motion to Incur Debt is scheduled for **Thursday, August 24, 2017**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania; and,

FURTHER ORDERED that the underlying Motion to Incur Debt must be filed to the docket as a separate docket entry no later than 12:00 p.m., Friday, August 11, 2017; and,

FURTHER ORDERED that Movant shall immediately cause a copy of this Order and the underlying Motion to Incur Debt to be served upon all secured creditors and any known counsel, and the United States Trustee by electronic and/or facsimile service. The Movant shall also cause a copy of this Order and the underlying Motion to Incur Debt to be served upon all creditors and parties in interest. The Movant shall file a certificate of service with

MDPA-ABLANK2.WPT - REV 11/04

the Court, no later than Monday, August 14, 2017, at 4:00 p.m., showing that service in accordance with this Order has been properly effectuated.

Parties/counsel wishing to appear telephonically for the above-scheduled hearing may utilize CourtCall, an independent conference call company. The procedures for use of CourtCall are available at this Court's webpage at www.pamb.uscourts.gov.

By the Court,

Date: August 10, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)