# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**ERICK JOHNSON**
**CARMEN KITTS JOHNSON**

* Debtors

Chapter: 13

Case Number: 1-16-bk-04101 RNO

Document No.: 74

Nature of Proceeding: **Motion for Expedited Consideration**

# ORDER

After due consideration of the Motion for Expedited Review to Shorten Time for Notice of Hearing on Motion to Sell or Trade-In Estate Property ("Motion for Shortened Notice and Expedited Hearing"), filed to Docket No. 75, it is

ORDERED that the Motion for Shortened Notice and Expedited Hearing is GRANTED; and,

FURTHER ORDERED that the deadline to file any objections to the Motion to Sell or Trade-In Estate Property is shortened to seven (7) days; and,

FURTHER ORDERED that a hearing on the Motion to Sell or Trade-In Estate Property is scheduled for **Thursday, August 24, 2017**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania; and,

FURTHER ORDERED that the underlying Motion to Incur Debt must be filed to the docket as a separate docket entry no later than 12:00 p.m., Friday, August 11, 2017; and,

FURTHER ORDERED that Movant shall immediately cause a copy of this Order and the underlying Motion to Incur Debt to be served upon all secured creditors and any known counsel, and the United States Trustee by electronic and/or facsimile service. The Movant shall also cause a copy of this Order and the underlying Motion to Sell or Trade-In Estate Property to be served upon all creditors and parties in interest. The Movant shall file a

Case 1:16-bk-04101-RNO    Doc 77    Filed 08/10/17    Entered 08/10/17 13:51:03    Desc
Main Document    Page 1 of 2

certificate of service with the Court, no later than Monday, August 14, 2017, at 4:00 p.m., showing that service in accordance with this Order has been properly effectuated.

    Parties/counsel wishing to appear telephonically for the above-scheduled hearing may utilize CourtCall, an independent conference call company. The procedures for use of CourtCall are available at this Court's webpage at www.pamb.uscourts.gov.

By the Court,

Date: August 10, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)