UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICK JOHNSON
CARMEN KITTS JOHNSON

CASE NO: 16-4101

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 8/11/2017, I did cause a copy of the following documents, described below,

Motion to Incur Debt Exhibit Proposed Order Notice; Motion to Trade In Property Proposed Order Notices Orders entered on both Motions for Expedited Review,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/11/2017

/s/ Dawn Marie Cutaia
Dawn Marie Cutaia  77965
Cutaia Law LLC
115 E. Philadelphia Street
York, PA  17401
717 304
dmcutaia@gmail.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICK JOHNSON
        CARMEN KITTS JOHNSON

CASE NO: 16-4101

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 8/11/2017, a copy of the following documents, described below,

Motion to Incur Debt Exhibit Proposed Order Notice; Motion to Trade In  Property Proposed Order Notices Orders entered on both Motions for Expedited Review,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/11/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law LLC
Dawn Marie Cutaia
115 E. Philadelphia Street
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-16-BK-04101-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
THU AUG 10 15-48-18 EDT 2017

2 AES
1200 N 7TH ST
HARRISBURG PA 17102-1419

3 AESPHEAA
1200 N 7TH ST
HARRISBURG PA 17102-1419

4 ALLY FINANCIAL
200 RENAISSANCE CTR
DETROIT MI 48243-1300

5 ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

6 AMERICAN EXPRESS
PO BOX 3001
16 GENERAL WARREN BLVD
MALVERN PA 19355-1245

7 AMERICAN EXPRESS CENTURION BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

8 AMERICAN EXPRESS LEGAL
PO BOX 2163
SOUTHEASTERN PA 19399-2163

9 AMEX
PO BOX 297871
FORT LAUDERDALE FL 33329-7871

10 APRIA HEALTHCARE
1340 SOUTH HIGHLAND AVENUE
JACKSON TN 38301-7369

11 ASHLEY FUNDING SERVICES LLC ITS
SUCCESSORS
ASSIGNS AS ASSIGNEE OF LABORATORY
CORPORATION OF AMERICA HOLDINGS
PO BOX 10587
GREENVILLE SC 29603-0587

12 BAC HOME LOANS SERVICING LP
101 NORTH TRYON STREET
CHARLOTTE NC 28246-0100

13 BANK OF AMERICA NA
PO BOX 660933
DALLAS TX 75266-0933

14 BANK OF AMERICA
CORRESPONDENCE UNITCA69190241
PO BOX 5170
SIMI VALLEY CA 93062-5170

15 BERKS CREDIT  COLL
900 CORPORATE DR
READING PA 19605-3340

16 BUREAU OF ACCOUNT MANA
BUREAU OF ACCOUNT
CAMP HILL PA 17011

17 CAMP HILL EMERGENCY PHYSICIANS
PO BOX 13693
PHILADELPHIA PA 19101-3693

18 CAP ONE
PO BOX 5253
CAROL STREAM IL 60197-5253

19 CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

20 CAPITAL ONE
PO BOX 5253
CAROL STREAM IL 60197-5253

21 CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

22 CHAS A SCHAEFER
124 WEST MARKET STREET
YORK PA 17401-1383

23 CHASE
PO BOX 15298
WILMINGTON DE 19850-5298

24 CITI
PO BOX 6241
SIOUX FALLS SD 57117-6241

25 COMENITY BANKANTYLRMC
PO BOX 182273
COLUMBUS OH 43218-2273

26 COMMERCIAL ACCEPTANCE
2300 GETTYSBURG RD 102
CAMP HILL PA 17011-7303

27 COMMERCIAL ACCEPTANCE
PO BOX 3268
SHIREMANSTOWN PA 17011-3268

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 CONCENTRA URGENT CARE
5080 SPECTRUM DR SUITE 1200 W
ADDISON TX 75001-6443

29 CREDIT BUREAU OF YORK ORIGINAL
CREDITOR
33 S DUKE ST
YORK PA 17401-1485

30 CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

*EXCLUDE*

~~31 DAWN MARIE CUTAIA~~
~~CUTAIA LAW LLC~~
~~115 EAST PHILADELPHIA STREET~~
~~YORK~~
~~YORK PA 17401-2437~~

32 DBA PARAGON REVENUE GR
PO BOX 126
CONCORD NC 28026-0126

33 CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

34 DEPARTMENT OF LABOR AND INDUSTRY
UNEMPLOYMENT COMPENSATION
1700 LABOR AND INDUSTRY BUILDING
7TH AND FORSTER STREETS
HARRISBURG PA 17120-0105

35 ECMC
PO BOX 16408
ST PAUL MN 55116-0408

36 EOS CCA
700 LONGWATER DRIVE
NORWELL MA 02061-1624

37 FINANCIAL RECOVERIES
PO BOX 1388
MOUNT LAUREL NJ 08054-7388

38 FST PREMIER
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

39 ALEXANDRA TERESA GARCIA
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

40 GECRBCARE CREDIT
950 FORRER BLVD
KETTERING OH 45420-1469

41 GECRBOLD NAVY
PO BOX 981400
EL PASO TX 79998-1400

42 GRIEST HIMES HERROLD
129 EAST MARKET ST
YORK PA 17401-1221

43 HIGHLIGHTS PUZZLE CLUB
PO BOX 269
COLUMBUS OH 43216-0269

44 HOLY SPIRIT HOSPITAL
503 N 21ST ST
CAMP HILL PA 17011-2288

45 IC SYSTEM
ATTN BANKRUPTCY
444 HIGHWAY 96 EAST PO BOX 64378
ST PAUL MN 55164-0378

*DEBTOR*

46 IRS CENTRALIZED INSOLVENCY OPER
PO BOX 21126
PHILADELPHIA PA 19114-0326

47 ERICK JOHNSON
9005 CARLISLE RD
WELLSVILLE PA 17365-9735

48 CARMEN KITTS JOHNSON
9005 CARLISLE RD
WELLSVILLE PA 17365-9735

49 KOHLSCAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS WI 53051-7096

50 LVNV FUNDING LLC ITS SUCCESSORS AND
ASSIGNS
ASSIGNEE OF FNBM LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

51 LANCASTER GEN HOSPITAL
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

52 MT BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

53 MT BANK
STERN  EISENBERG PC
1581 MAIN STREET      SUITE 200
WARRINGTON PA 18976-3400

54 MCCLURE LAW OFFICE
PO BOX 659705
MIDDLETOWN PA 17057

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

55 MCYDSNB
9111 DUKE BLVD
MASON OH 45040-8999

56 MEDICAL DATA SYSTEMS I
645 WALNUT ST STE 5
GADSDEN AL 35901-4173

57 WILLIAM EDWARD MILLER
STERN  EISENBERG PC
1581 MAIN STREET
SUITE 200
WARRINGTON PA 18976-3400

58 NATIONAL RECOVERY AGEN
2491 PAXTON ST
HARRISBURG PA 17111-1036

59 NATIONAL RECOVERY AGEN ORIGINAL
CREDITO
2491 PAXTON ST
HARRISBURG PA 17111-1036

60 NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

61 ORTHOPAEDIC  SPINE SPECIALISTS
1855 POWDER MILL ROAD
YORK PA 17402-4702

62 OSI COLLECT
507 PRUDENTIAL RD
HORSHAM PA 19044-2308

63 PA DEPARTMENT OF REVENUE
DEPARTMENT 280946
HARRISBURG PA 17128-0946

64 PATIENT FIRST CO RECEIVABLES
MANAGEMENT SYS
PO BOX 8630
RICHMOND VA 23226-0630

65 PATIENTACCSV
PO BOX 19322
MIAMI FL 33101-9322

66 PENNCREDIT
916 SOUTH 14TH STREET
HARRISBURG PA 17104-3425

67 PENNSTATE HERSHEY
MSHMC BILLING SERVICES
PO BOX 854
HERSHEY PA 17033-0854

68 PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

69 PROMETHEUS LABORATORIES
9410 CARROLL PARK DRIVE
SAN DIEGO CA 92121-5201

70 THOMAS I PULEO
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

71 QUEST DIAGNOSTICS
3 GIRALDA FARMS
MADISON NJ 07940-1027

72 QUEST DIAGNOSTICS
3 GIRALDA ARMS
MADISON NJ 07940-1027

73 QUEST DIAGNOSTICS   MR 461
PO BOX 491
SOUTHEASTERN PA 19399-0491

74 RECEIVABLE MANAGEMENT
7206 HULL STREET RD STE
NORTH CHESTERFIELD VA 23235-5826

75 RECOVERY MANAGEMENT SYSTEMS
CORPORATION
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

76 RECOVERY MANAGEMENT SYSTEMS
CORPORATION
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

77 ROBINA SANTANIELLO
1112 PENNSYLVANIA AVE
YORK PA 17404-1706

*EXCLUDE*

78 SKO BRENNER AMERICAN
NY 11735

79 ANN E SWARTZ
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
SUITE 2080
PHILADELPHIA PA 19109-1031

80 TARGET NB
PO BOX 673
MINNEAPOLIS MN 55440-0673

81 THE LAW OFFICE OF RICHARD CLARK
PLLC
3030 S GESSNER SUITE 200
HOUSTON TX 77063-3733

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

82 TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

83 UMMC
CENTRAL BUSINESS OFFICE
11311 MCCORMICK ROAD STE 230
HUNT VALLEY MD 21031-8672

84 UNITED RECOVERY SERVICE
POB 722929
HOUSTON TX 77272-2929

85 UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

86 UNIVERSITY OF MARYLAND FACULTY PHYS
PO BOX 64765
BALTIMORE MD 21264-4765

87 UNVLCITI
PO BOX 6241
SIOUX FALLS SD 57117-6241

88 VERIZON PENNSYLVANIA I
500 TECHNOLOGY DR
WELDON SPRING MO 63304-2225

89 JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

90 YK CR BUREAU
33 S DUKE ST
YORK PA 17401-1401

91 YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156

92 YORK HOSPITAL
1001 S GEORGE ST
YORK PA 17403-3645