In re:                                                          Case No. 16-04101-RNO
Erick Johnson                                                   Chapter 13
Carmen Kitts Johnson
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Aug 24, 2017
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db/jdb          +Erick Johnson,   Carmen Kitts Johnson,   9005 Carlisle Rd.,   Wellsville, PA 17365-9735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    BANK OF AMERICA, N.A. ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Joint Debtor Carmen  Kitts Johnson dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor Erick  Johnson dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                    TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|                                     |                         |
|-------------------------------------|-------------------------|
|                                     | : 1:16-bk-04101-RNO     |
| In Re:                              | :                       |
|                                     | ::                      |
| ERICK JOHNSON and                   | :: Chapter 13           |
| CARMEN KITTS JOHNSON                | ::                      |
|                                     | ::                      |
|     Debtors     | :                       |
|                                     | ::                      |
| ERICK JOHNSON and                   | :                       |
| CARMEN KITTS JOHNSON                | : Motion to Incur Debt  |
|     Movants     |                         |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Incur Debt, after hearing held on August 24, 2017, it is

ORDERED that said Motion is hereby GRANTED and Debtors are permitted to purchase a 2015 Toyota Camry, with a maximum loan amount of $18,000 and a maximum interest rate of 15.99% and a maximum term of 72 months.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 24, 2017