UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ERICK JOHNSON<br>CARMEN KITTS JOHNSON | CASE NO: 1:16-bk-04101-RNO<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 8/30/2017, I did cause a copy of the following documents, described below,

notice of confimation hearing and objection deadline for 2nd amended plan,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 8/30/2017

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E Philadelphia St
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICK JOHNSON
CARMEN KITTS JOHNSON

CASE NO: 1:16-bk-04101-RNO

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 8/30/2017, a copy of the following documents, described below,

notice of confimation hearing and objection deadline for 2nd amended plan,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/30/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E Philadelphia St
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| 1 LABEL MATRIX FOR LOCAL NOTICING | 2 AES | 3 AESPHEAA |
|---|---|---|
| 03141 | 1200 N 7TH ST | 1200 N 7TH ST |
| CASE 1-16-BK-04101-RNO | HARRISBURG PA 17102-1419 | HARRISBURG PA 17102-1419 |
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| HARRISBURG | | |
| WED AUG 30 09-47-23 EDT 2017 | | |

| 4 ALLY FINANCIAL | 5 ALLY FINANCIAL | 6 AMERICAN EXPRESS |
|---|---|---|
| 200 RENAISSANCE CTR | PO BOX 130424 | PO BOX 3001 |
| DETROIT MI 48243-1300 | ROSEVILLE MN 55113-0004 | 16 GENERAL WARREN BLVD |
| | | MALVERN PA 19355-1245 |

| 7 AMERICAN EXPRESS CENTURION BANK | 8 AMERICAN EXPRESS LEGAL | 9 AMEX |
|---|---|---|
| CO BECKET AND LEE LLP | PO BOX 2163 | PO BOX 297871 |
| PO BOX 3001 | SOUTHEASTERN PA 19399-2163 | FORT LAUDERDALE FL 33329-7871 |
| MALVERN PA 19355-0701 | | |

| 10 APRIA HEALTHCARE | 11 ASHLEY FUNDING SERVICES LLC ITS | 12 BAC HOME LOANS SERVICING LP |
|---|---|---|
| 1340 SOUTH HIGHLAND AVENUE | SUCCESSORS | 101 NORTH TRYON STREET |
| JACKSON TN 38301-7369 | ASSIGNS AS ASSIGNEE OF LABORATORY | CHARLOTTE NC 28246-0100 |
| | CORPORATION OF AMERICA HOLDINGS | |
| | PO BOX 10587 | |
| | GREENVILLE SC 29603-0587 | |

| 13 BANK OF AMERICA NA | 14 BANK OF AMERICA | 15 BERKS CREDIT COLL |
|---|---|---|
| PO BOX 660933 | CORRESPONDENCE UNITCA69190241 | 900 CORPORATE DR |
| DALLAS TX 75266-0933 | PO BOX 5170 | READING PA 19605-3340 |
| | SIMI VALLEY CA 93062-5170 | |

| 16 BUREAU OF ACCOUNT MANA | 17 CAMP HILL EMERGENCY PHYSICIANS | 18 CAP ONE |
|---|---|---|
| BUREAU OF ACCOUNT | PO BOX 13693 | PO BOX 5253 |
| CAMP HILL PA 17011 | PHILADELPHIA PA 19101-3693 | CAROL STREAM IL 60197-5253 |

| 19 CAPITAL ONE | 20 CAPITAL ONE | 21 CAPITAL ONE NA |
|---|---|---|
| ATTN BANKRUPTCY | PO BOX 5253 | CO BECKET AND LEE LLP |
| PO BOX 30285 | CAROL STREAM IL 60197-5253 | PO BOX 3001 |
| SALT LAKE CITY UT 84130-0285 | | MALVERN PA 19355-0701 |

| 22 CHAS A SCHAEFER | 23 CHASE | 24 CITI |
|---|---|---|
| 124 WEST MARKET STREET | PO BOX 15298 | PO BOX 6241 |
| YORK PA 17401-1383 | WILMINGTON DE 19850-5298 | SIOUX FALLS SD 57117-6241 |

| 25 COMENITY BANKANTYLRMC | 26 COMMERCIAL ACCEPTANCE | 27 COMMERCIAL ACCEPTANCE |
|---|---|---|
| PO BOX 182273 | 2300 GETTYSBURG RD 102 | PO BOX 3268 |
| COLUMBUS OH 43218-2273 | CAMP HILL PA 17011-7303 | SHIREMANSTOWN PA 17011-3268 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 CONCENTRA URGENT CARE
5080 SPECTRUM DR SUITE 1200 W
ADDISON TX 75001-6443

29 CREDIT BUREAU OF YORK ORIGINAL
CREDITOR
33 S DUKE ST
YORK PA 17401-1485

30 CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

*EXCLUDE*

31 ~~DAWN MARIE CUTAIA~~
~~CUTAIA LAW LLC~~
~~115 EAST PHILADELPHIA STREET~~
~~YORK~~
~~YORK PA 17401-2437~~

32 DBA PARAGON REVENUE GR
PO BOX 126
CONCORD NC 28026-0126

33 CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

34 DEPARTMENT OF LABOR AND INDUSTRY
UNEMPLOYMENT COMPENSATION
1700 LABOR AND INDUSTRY BUILDING
7TH AND FORSTER STREETS
HARRISBURG PA 17120-0105

35 ECMC
PO BOX 16408
ST PAUL MN 55116-0408

36 EOS CCA
700 LONGWATER DRIVE
NORWELL MA 02061-1624

37 FINANCIAL RECOVERIES
PO BOX 1388
MOUNT LAUREL NJ 08054-7388

38 FST PREMIER
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

39 ALEXANDRA TERESA GARCIA
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

40 GECRBCARE CREDIT
950 FORRER BLVD
KETTERING OH 45420-1469

41 GECRBOLD NAVY
PO BOX 981400
EL PASO TX 79998-1400

42 GRIEST HIMES HERROLD
129 EAST MARKET ST
YORK PA 17401-1221

43 HIGHLIGHTS PUZZLE CLUB
PO BOX 269
COLUMBUS OH 43216-0269

44 HOLY SPIRIT HOSPITAL
503 N 21ST ST
CAMP HILL PA 17011-2288

45 IC SYSTEM
ATTN BANKRUPTCY
444 HIGHWAY 96 EAST PO BOX 64378
ST PAUL MN 55164-0378

*DEBTOR*

46 IRS CENTRALIZED INSOLVENCY OPER
PO BOX 21126
PHILADELPHIA PA 19114-0326

47 ERICK JOHNSON
9005 CARLISLE RD
WELLSVILLE PA 17365-9735

48 CARMEN KITTS JOHNSON
9005 CARLISLE RD
WELLSVILLE PA 17365-9735

49 KOHLSCAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS WI 53051-7096

50 LVNV FUNDING LLC ITS SUCCESSORS AND
ASSIGNS
ASSIGNEE OF FNBM LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

51 LANCASTER GEN HOSPITAL
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

52 MT BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

53 MT BANK
STERN  EISENBERG PC
1581 MAIN STREET SUITE 200
WARRINGTON PA 18976-3400

54 MCCLURE LAW OFFICE
PO BOX 659705
MIDDLETOWN PA 17057

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
55 MCYDSNB                          56 MEDICAL DATA SYSTEMS I           57 WILLIAM EDWARD MILLER
9111 DUKE BLVD                      645 WALNUT ST STE 5                 STERN  EISENBERG PC
MASON OH 45040-8999                 GADSDEN AL 35901-4173               1581 MAIN STREET
                                                                        SUITE 200
                                                                        WARRINGTON PA 18976-3400


58 NATIONAL RECOVERY AGEN           59 NATIONAL RECOVERY AGEN ORIGINAL  60 NISSAN MOTOR ACCEPTANCE CORPORATION
2491 PAXTON ST                      CREDITO                             LOSS RECOVERY
HARRISBURG PA 17111-1036            2491 PAXTON ST                      PO BOX 660366
                                    HARRISBURG PA 17111-1036            DALLAS TX 75266-0366


61 ORTHOPAEDIC  SPINE SPECIALISTS   62 OSI COLLECT                      63 PA DEPARTMENT OF REVENUE
1855 POWDER MILL ROAD               507 PRUDENTIAL RD                   DEPARTMENT 280946
YORK PA 17402-4702                  HORSHAM PA 19044-2308               HARRISBURG PA 17128-0946


64 PATIENT FIRST CO RECEIVABLES     65 PATIENTACCSV                     66 PENNCREDIT
MANAGEMENT SYS                      PO BOX 19322                        916 SOUTH 14TH STREET
PO BOX 8630                         MIAMI FL 33101-9322                 HARRISBURG PA 17104-3425
RICHMOND VA 23226-0630


67 PENNSTATE HERSHEY                68 PORTFOLIO RECOVERY ASSOCIATES LLC 69 PROMETHEUS LABORATORIES
MSHMC BILLING SERVICES              PO BOX 41067                        9410 CARROLL PARK DRIVE
PO BOX 854                          NORFOLK VA 23541-1067               SAN DIEGO CA 92121-5201
HERSHEY PA 17033-0854


70 THOMAS I PULEO                   71 QUEST DIAGNOSTICS                72 QUEST DIAGNOSTICS
KML LAW GROUP PC                    3 GIRALDA FARMS                     3 GIRALDA ARMS
701 MARKET STREET                   MADISON NJ 07940-1027               MADISON NJ 07940-1027
SUITE 5000
PHILADELPHIA PA 19106-1541


73 QUEST DIAGNOSTICS   MR 461       74 RECEIVABLE MANAGEMENT            75 RECOVERY MANAGEMENT SYSTEMS
PO BOX 491                          7206 HULL STREET RD STE             CORPORATION
SOUTHEASTERN PA 19399-0491          NORTH CHESTERFIELD VA 23235-5826    25 SE 2ND AVENUE SUITE 1120
                                                                        MIAMI FL 33131-1605


                                                                        EXCLUDE
76 RECOVERY MANAGEMENT SYSTEMS      77 ROBINA SANTANIELLO               78 SKO BRENNER AMERICAN
CORPORATION                         1112 PENNSYLVANIA AVE               NY 11735
25 SE 2ND AVENUE SUITE 1120         YORK PA 17404-1706
MIAMI FL 33131-1605


79 ANN E SWARTZ                     80 TARGET NB                        81 THE LAW OFFICE OF RICHARD CLARK
MCCABE WEISBERG  CONWAY PC          PO BOX 673                          PLLC
123 SOUTH BROAD STREET              MINNEAPOLIS MN 55440-0673           3030 S GESSNER SUITE 200
SUITE 2080                                                              HOUSTON TX 77063-3733
PHILADELPHIA PA 19109-1031
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 82 TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | 83 UMMC<br>CENTRAL BUSINESS OFFICE<br>11311 MCCORMICK ROAD STE 230<br>HUNT VALLEY MD 21031-8672 | 84 UNITED RECOVERY SERVICE<br>POB 722929<br>HOUSTON TX 77272-2929 |
| 85 UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | 86 UNIVERSITY OF MARYLAND FACULTY PHYS<br>PO BOX 64765<br>BALTIMORE MD 21264-4765 | 87 UNVLCITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 |
| 88 VERIZON PENNSYLVANIA I<br>500 TECHNOLOGY DR<br>WELDON SPRING MO 63304-2225 | 89 JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | 90 YK CR BUREAU<br>33 S DUKE ST<br>YORK PA 17401-1401 |
| 91 YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | 92 YORK HOSPITAL<br>1001 S GEORGE ST<br>YORK PA 17403-3645 | |