UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ERICK JOHNSON<br>CARMEN KITTS JOHNSON | CASE NO: 1:16-bk-04101-HWV<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 12/20/2017, I did cause a copy of the following documents, described below,

notice of confirmation hearing,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 12/20/2017

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E. Philadelphia St.
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICK JOHNSON
CARMEN KITTS JOHNSON

CASE NO: 1:16-bk-04101-HWV

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 12/20/2017, a copy of the following documents, described below,

notice of confirmation hearing,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/20/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-16-BK-04101-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
WED DEC 20 08-33-47 EST 2017

2 AES
1200 N 7TH ST
HARRISBURG PA 17102-1419

3 AESPHEAA
1200 N 7TH ST
HARRISBURG PA 17102-1419

4 ALLY FINANCIAL
200 RENAISSANCE CTR
DETROIT MI 48243-1300

5 ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

6 AMERICAN EXPRESS
PO BOX 3001
16 GENERAL WARREN BLVD
MALVERN PA 19355-1245

7 AMERICAN EXPRESS CENTURION BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

8 AMERICAN EXPRESS LEGAL
PO BOX 2163
SOUTHEASTERN PA 19399-2163

9 AMEX
PO BOX 297871
FORT LAUDERDALE FL 33329-7871

10 APRIA HEALTHCARE
1340 SOUTH HIGHLAND AVENUE
JACKSON TN 38301-7369

11 ASHLEY FUNDING SERVICES LLC ITS
SUCCESSORS
ASSIGNS AS ASSIGNEE OF LABORATORY
CORPORATION OF AMERICA HOLDINGS
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

12 BAC HOME LOANS SERVICING LP
101 NORTH TRYON STREET
CHARLOTTE NC 28246-0100

13 BANK OF AMERICA NA
PO BOX 660933
DALLAS TX 75266-0933

14 BANK OF AMERICA
CORRESPONDENCE UNITCA69190241
PO BOX 5170
SIMI VALLEY CA 93062-5170

15 BERKS CREDIT COLL
900 CORPORATE DR
READING PA 19605-3340

16 BUREAU OF ACCOUNT MANA
BUREAU OF ACCOUNT
CAMP HILL PA 17011

17 CAMP HILL EMERGENCY PHYSICIANS
PO BOX 13693
PHILADELPHIA PA 19101-3693

18 CAP ONE
PO BOX 5253
CAROL STREAM IL 60197-5253

19 CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

20 CAPITAL ONE
PO BOX 5253
CAROL STREAM IL 60197-5253

21 CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

22 CHAS A SCHAEFER
124 WEST MARKET STREET
YORK PA 17401-1383

23 CHASE
PO BOX 15298
WILMINGTON DE 19850-5298

24 CITI
PO BOX 6241
SIOUX FALLS SD 57117-6241

25 COMENITY BANKANTYLRMC
PO BOX 182273
COLUMBUS OH 43218-2273

26 COMMERCIAL ACCEPTANCE
2300 GETTYSBURG RD 102
CAMP HILL PA 17011-7303

27 COMMERCIAL ACCEPTANCE
PO BOX 3268
SHIREMANSTOWN PA 17011-3268

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 CONCENTRA URGENT CARE
5080 SPECTRUM DR SUITE 1200 W
ADDISON TX 75001-6443

29 CREDIT BUREAU OF YORK ORIGINAL
CREDITOR
33 S DUKE ST
YORK PA 17401-1485

30 CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

*EXCLUDE*

31 DAWN MARIE CUTAIA
CUTAIA LAW LLC
115 EAST PHILADELPHIA STREET
YORK
YORK PA 17401-2437

32 DBA PARAGON REVENUE GR
PO BOX 126
CONCORD NC 28026-0126

33 CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

34 DEPARTMENT OF LABOR AND INDUSTRY
UNEMPLOYMENT COMPENSATION
1700 LABOR AND INDUSTRY BUILDING
7TH AND FORSTER STREETS
HARRISBURG PA 17120-0105

35 ECMC
PO BOX 16408
ST PAUL MN 55116-0408

36 EOS CCA
700 LONGWATER DRIVE
NORWELL MA 02061-1624

37 FINANCIAL RECOVERIES
PO BOX 1388
MOUNT LAUREL NJ 08054-7388

38 FST PREMIER
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

39 ALEXANDRA TERESA GARCIA
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

40 GECRBCARE CREDIT
950 FORRER BLVD
KETTERING OH 45420-1469

41 GECRBOLD NAVY
PO BOX 981400
EL PASO TX 79998-1400

42 GRIEST HIMES HERROLD
129 EAST MARKET ST
YORK PA 17401-1221

43 HIGHLIGHTS PUZZLE CLUB
PO BOX 269
COLUMBUS OH 43216-0269

44 HOLY SPIRIT HOSPITAL
503 N 21ST ST
CAMP HILL PA 17011-2288

45 IC SYSTEM
ATTN BANKRUPTCY
444 HIGHWAY 96 EAST PO BOX 64378
ST PAUL MN 55164-0378

*DEBTOR*

46 IRS CENTRALIZED INSOLVENCY OPER
PO BOX 21126
PHILADELPHIA PA 19114-0326

47 ERICK JOHNSON
9005 CARLISLE RD
WELLSVILLE PA 17365-9735

48 CARMEN KITTS JOHNSON
9005 CARLISLE RD
WELLSVILLE PA 17365-9735

49 KOHLSCAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS WI 53051-7096

50 LVNV FUNDING LLC ITS SUCCESSORS AND
ASSIGNS
ASSIGNEE OF FNBM LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

51 LANCASTER GEN HOSPITAL
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

52 MT BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

53 MT BANK
STERN  EISENBERG PC
1581 MAIN STREET
SUITE 200
1581 MAIN STREET SUITE 200
WARRINGTON PA 18976-3400

54 MCCLURE LAW OFFICE
PO BOX 659705
MIDDLETOWN PA 17057

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 55 MCYDSNB<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | 56 MEDICAL DATA SYSTEMS I<br>645 WALNUT ST STE 5<br>GADSDEN AL 35901-4173 | 57 WILLIAM EDWARD MILLER<br>STERN  EISENBERG PC<br>1581 MAIN STREET<br>SUITE 200<br>WARRINGTON PA 18976-3400 |
| 58 NATIONAL RECOVERY AGEN<br>2491 PAXTON ST<br>HARRISBURG PA 17111-1036 | 59 NATIONAL RECOVERY AGEN ORIGINAL<br>CREDITO<br>2491 PAXTON ST<br>HARRISBURG PA 17111-1036 | 60 NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| 61 ORTHOPAEDIC  SPINE SPECIALISTS<br>1855 POWDER MILL ROAD<br>YORK PA 17402-4702 | 62 OSI COLLECT<br>507 PRUDENTIAL RD<br>HORSHAM PA 19044-2308 | 63 PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946<br>HARRISBURG PA 17128-0946 |
| 64 PATIENT FIRST CO RECEIVABLES<br>MANAGEMENT SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | 65 PATIENTACCSV<br>PO BOX 19322<br>MIAMI FL 33101-9322 | 66 PENNCREDIT<br>916 SOUTH 14TH STREET<br>HARRISBURG PA 17104-3425 |
| 67 PENNSTATE HERSHEY<br>MSHMC BILLING SERVICES<br>PO BOX 854<br>HERSHEY PA 17033-0854 | 68 PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | 69 PROMETHEUS LABORATORIES<br>9410 CARROLL PARK DRIVE<br>SAN DIEGO CA 92121-5201 |
| 70 THOMAS I PULEO<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | 71 QUEST DIAGNOSTICS<br>3 GIRALDA FARMS<br>MADISON NJ 07940-1027 | 72 QUEST DIAGNOSTICS<br>3 GIRALDA ARMS<br>MADISON NJ 07940-1027 |
| 73 QUEST DIAGNOSTICS    MR 461<br>PO BOX 491<br>SOUTHEASTERN PA 19399-0491 | 74 RECEIVABLE MANAGEMENT<br>7206 HULL STREET RD STE<br>NORTH CHESTERFIELD VA 23235-5826 | 75 RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| 76 RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | 77 ROBINA SANTANIELLO<br>1112 PENNSYLVANIA AVE<br>YORK PA 17404-1706 | *EXCLUDE*<br>~~78 SKO BRENNER AMERICAN~~<br>~~NY 11735~~ |
| 79 ANN E SWARTZ<br>MCCABE WEISBERG  CONWAY PC<br>123 SOUTH BROAD STREET<br>SUITE 2080<br>PHILADELPHIA PA 19109-1031 | 80 TARGET NB<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | 81 THE LAW OFFICE OF RICHARD CLARK<br>PLLC<br>3030 S GESSNER SUITE 200<br>HOUSTON TX 77063-3733 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
82 TOYOTA MOTOR CREDIT CORPORATION      83 UMMC                                 84 UNITED RECOVERY SERVICE
PO BOX 9013                             CENTRAL BUSINESS OFFICE                 POB 722929
ADDISON TEXAS 75001-9013                11311 MCCORMICK ROAD STE 230            HOUSTON TX 77272-2929
                                        HUNT VALLEY MD 21031-8672


85 UNITED STATES TRUSTEE                86 UNIVERSITY OF MARYLAND FACULTY PHYS  87 UNVLCITI
228 WALNUT STREET SUITE 1190            PO BOX 64765                            PO BOX 6241
HARRISBURG PA 17101-1722                BALTIMORE MD 21264-4765                 SIOUX FALLS SD 57117-6241


88 VERIZON PENNSYLVANIA I               89 JAMES WARMBRODT                      90 YK CR BUREAU
500 TECHNOLOGY DR                       701 MARKET STREET SUITE 5000            33 S DUKE ST
WELDON SPRING MO 63304-2225             PHILADEPHIA PA 19106-1541               YORK PA 17401-1401


91 YORK ADAMS TAX CLAIM BUREAU          92 YORK HOSPITAL
PO BOX 15627                            1001 S GEORGE ST
YORK PA 17405-0156                      YORK PA 17403-3645
```