```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04101-HWV
Erick Johnson                                                       Chapter 13
Carmen Kitts Johnson
       Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Feb 15, 2018
                              Form ID: orcnfpln        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
db/jdb         +Erick Johnson,   Carmen Kitts Johnson,   9005 Carlisle Rd.,   Wellsville, PA 17365-9735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    BANK OF AMERICA, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Carmen  Kitts Johnson dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Erick  Johnson dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Erick Johnson<br>Carmen Kitts Johnson<br>aka Carmen Kitts | Chapter 13<br><br>Case No. 1:16−bk−04101−HWV |

Debtor(s)

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 14, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: February 15, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: REshelman, Deputy Clerk