## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| ERICK JOHNSON | Case No.: 1-16-04101-HWV |
| CARMEN KITTS JOHNSON | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**         **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 9005 Carlisle Rd - PRE-ARREARS - 4307 |
| Property Address if applicable: | 9005 CARLISLE RD., , WELLSVILLE, PA17365 |

**PART 2:**         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $894.14 |
| b. | Prepetition arrearages paid by the Trustee: | $887.83 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,564.49 |
| f. | Postpetition arrearages paid by the Trustee: | $1,553.45 |
| g. | Total b, d, f: | $2,441.28 |

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: M & T BANK
Court Claim Number: 03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 9009775 | 01/19/2021 | $34.54 | $0.00 | $34.54 |
| 5200 | 9010370 | 03/17/2021 | $84.39 | $0.00 | $84.39 |
| 5200 | 9010658 | 04/15/2021 | $84.06 | $0.00 | $84.06 |
| 5200 | 9010941 | 05/18/2021 | $86.83 | $0.00 | $86.83 |
| 5200 | 9011215 | 06/16/2021 | $86.83 | $0.00 | $86.83 |
| 5200 | 9011479 | 07/14/2021 | $86.83 | $0.00 | $86.83 |
| 5200 | 9011747 | 08/18/2021 | $86.83 | $0.00 | $86.83 |
| 5200 | 9012249 | 10/14/2021 | $170.84 | $0.00 | $170.84 |
| 5200 | 9012502 | 11/16/2021 | $86.33 | $0.00 | $86.33 |
| 5200 | 9013657 | 04/12/2022 | $80.35 | $0.00 | $80.35 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    ERICK JOHNSON                                             Case No.: 1-16-04101-HWV
    CARMEN KITTS JOHNSON                       Chapter 13
                  Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK PA, 17401- | SERVED ELECTRONICALLY |
| M & T BANK<br>1100 WEHRIE DR<br>WILLIAMSVILLE, NY, 14221 | SERVED BY 1ST CLASS MAIL |
| ERICK JOHNSON<br>CARMEN KITTS JOHNSON<br>9005 CARLISLE RD.<br>WELLSVILLE, PA 17365 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com