UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
HARRISBURG DIVISION

In re: ERICK JOHNSON § Case No. 1:16-bk-04101
CARMEN KITTS JOHNSON §
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 10/02/2016.

2) The plan was confirmed on 02/15/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 09/24/2020, 11/02/2020, 11/24/2020.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 07/07/2020.

5) The case was completed on 12/07/2021.

6) Number of months from filing or conversion to last payment: 62.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,695.00.

10) Amount of unsecured claims discharged without full payment: $137,020.23.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| **Receipts:** | | | | | |
| Total paid by or on behalf of the debtor(s) | | | $ 8,114.38 | | |
| Less amount refunded to debtor(s) | | | $ 0.00 | | |
| **NET RECEIPTS** | | | | $ 8,114.38 | |

| | | |
|---|---|---|
| **Expenses of Administration:** | | |
| Attorney's Fees Paid Through the Plan | $ 3,630.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 565.10 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,195.10 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,000.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DAWN MARIE CUTAIA, ESQUIRE | Lgl | 0.00 | NA | NA | 3,630.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 1,478.00 | 1,478.00 | 1,478.00 | 0.00 |
| RECEIVABLES MANAGEMENT | Uns | 0.00 | 299.47 | 299.47 | 0.00 | 0.00 |
| M & T BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Uns | 2,398.00 | 2,398.15 | 2,398.15 | 0.00 | 0.00 |
| BECKET & LEE | Uns | 11,189.00 | 11,189.29 | 11,189.29 | 0.00 | 0.00 |
| LANCASTER GEN HOSPITAL | Uns | 604.00 | 785.55 | 785.55 | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Sec | 0.00 | 39,583.27 | 0.00 | 0.00 | 0.00 |
| BECKET & LEE | Uns | 1,600.00 | 1,401.66 | 1,401.66 | 0.00 | 0.00 |
| CARRINGTON MORTGAGE | Sec | 0.00 | 297,734.75 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 533.17 | 533.17 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 0.00 | 372.32 | 372.32 | 0.00 | 0.00 |
| YORK HOSPITAL | Uns | 7,189.00 | 3,128.03 | 3,128.03 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 19,886.76 | 19,886.76 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 227.00 | 227.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,345.00 | 2,829.62 | 2,829.62 | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICE | Uns | 28,713.00 | 14,420.00 | 14,420.00 | 0.00 | 0.00 |
| COMMERCIAL ACCEPTANCE | Uns | 591.00 | 591.00 | 591.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CONCENTRA URGENT CARE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS PUZZLE CLUB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| THE LAW OFFICE OF RICHARD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH OF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNEMPLOYMENT COMPENSATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| M & T BANK | Sec | 208,322.00 | 202,640.59 | 894.14 | 887.83 | 0.00 |
| M & T BANK | Sec | 0.00 | 202,640.59 | 1,564.49 | 1,553.45 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Sec | 3,852.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Uns | 15,000.00 | NA | NA | 0.00 | 0.00 |
| CARE ONE | Uns | 1,293.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,293.00 | NA | NA | 0.00 | 0.00 |
| CHARLES A SCHAEFER | Uns | 119.27 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 859.00 | NA | NA | 0.00 | 0.00 |
| CITI | Uns | 7,992.00 | NA | NA | 0.00 | 0.00 |
| CITI | Uns | 6,902.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK ANTYLRMC | Uns | 8,100.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL ACCEPTANCE | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU OF YORK | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 479.00 | NA | NA | 0.00 | 0.00 |
| GECRB/ARE CREDIT | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| GECRB/OLD NAVY | Uns | 496.00 | NA | NA | 0.00 | 0.00 |
| GRIEST HIMES HERROLD | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| MACY | Uns | 334.00 | NA | NA | 0.00 | 0.00 |
| POTFOLIO RECOVERY ASS | Uns | 2,204.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASS | Uns | 728.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASS | Uns | 415.00 | NA | NA | 0.00 | 0.00 |
| TARGET NB | Uns | 825.00 | NA | NA | 0.00 | 0.00 |
| UNV CITI | Uns | 13,772.00 | NA | NA | 0.00 | 0.00 |
| VERIZON PA | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| VARIOUS MEDICAL EXPENSES | Uns | 17,353.96 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 2,458.63 | $ 2,441.28 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,458.63 | $ 2,441.28 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,478.00 | $ 1,478.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,478.00 | $ 1,478.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 58,062.02 | $ 0.00 | $ 0.00 |

| Disbursements: | |
|---|---|
| Expenses of Administration | $ 4,195.10 |
| Disbursements to Creditors | $ 3,919.28 |
| **TOTAL DISBURSEMENTS:** | $ 8,114.38 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 04/21/2022    By: s/ Jack N. Zaharopoulos
                         STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)