IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | 1:16-bk-04101 |
| | : | |
| ERICK JOHNSON and | : | |
| CARMEN KITTS JOHNSON | : | |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| ERICK JOHNSON and | : | Motion to Extend Time |
| CARMEN KITTS JOHNSON | | |
| Movants | | |

## MOTION FOR EXTENSION OF TIME TO FILE FINANCIAL MANAGEMENT CERTIFICATE AND DELAY CLOSING OF CASE

AND NOW, the Debtors, by and through Counsel, Dawn Marie Cutaia of Fresh Start Law, PLLC, file this Motion for Extension of Time to File Financial Management Course and Delay Closing of Case in support thereof states the following:

1. Debtors filed a Chapter 13 Petition on October 2, 2016.
2. Debtors have not yet taken her financial management course and it is past due.
3. Debtors request an additional Fifteen (15) days to take the course.

WHEREFORE, Debtor respectfully requests this Honorable Court delay discharge until June 3, 2022.

Date:5/9/2022

Respectfully Submitted:
FRESH START LAW, PLLC

  /s/ Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | 1:16-bk-04101 |
| | : | |
| ERICK JOHNSON and | : | |
| CARMEN KITTS JOHNSON | : | |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| ERICK JOHNSON and | : | Motion to Extend Time |
| CARMEN KITTS JOHNSON | | |
| Movants | | |

## **ORDER**

Upon consideration of the Debtors' Motion to Extend Time, said Motion is hereby GRANTED and the Debtors are given an extension until June 3, 2022 to take their financial management course.