Certificate Number: 17082-PAM-DE-036568362

Bankruptcy Case Number: 16-04101


17082-PAM-DE-036568362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 23, 2022, at 8:32 o'clock PM MST, ERICK S JOHNSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | | |
|---|---|---|
| Date: May 24, 2022 | By: | /s/Orsolya K Lazar |
| | Name: | Orsolya K Lazar |
| | Title: | Executive Director |